**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**William McDANIEL, Defendant–
Appellant.**

No. 06–50242.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Oct. 25, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Russell David Hunt, Jr., Austin, TX, for Defendant–Appellant.

Before JOLLY, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM: *

Court-appointed counsel for William McDaniel has moved for leave to withdraw from this appeal and has filed a brief as required by *Anders v. California*, 386 U.S.

---

738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). McDaniel has not filed a response.

Our independent review of the brief and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be